## FIRST DEPARTMENT, JUNE, 1915.

U. T. HUNGERFORD BRASS AND COPPER·COMPANY, Respondent, *v.* JOHN T. BRADY & COMPANY. Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office November 16, 1914, upon a verdict for $4,102.99, and from an order entered November 20, 1914.

PER CURIAM: The plaintiff recovered a verdict upon the theory of a direct sale by it to the defendant of certain copper at its request and upon its promise to pay. We have carefully examined this record and have reached the conclusion that the facts proven did not establish such sale and that the motion of defendant to dismiss the complaint should have been granted. The judgment and order appealed from are reversed; the finding of the jury that there was a sale by the plaintiff to the defendant is reversed and judgment is ordered for the defendant dismissing the complaint, with costs and disbursements. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Judgment and order reversed, with costs; complaint dismissed, with costs.

---

MARGARET O'NEILL, Respondent, *v.* GOODMAN CONTRACTING COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office January 25, 1915, upon a verdict for $800, and also from an order entered January 23, 1915.

PER CURIAM: Under the charge of the court the jury were instructed that the plaintiff could not recover unless they found that the defendant left a plank that was so defective or broken that her foot and leg went through it. "It was a defective plank and her leg went through the hole or she is not in court." That, therefore, is the law of the case. The finding of the jury that there was such a defective plank and that the accident occurred in the way described by the plaintiff is against the overwhelming weight of the evidence. Such finding and the judgment and order appealed from should be reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Judgment and order reversed and new trial ordered, with costs to appellant to abide event.